UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 4:18-bk-71466 |
| | ) | |
| GARY LYNN SNOW | | |
| And | | |
| BILLYE JO SNOW | ) | Chapter 13 |

**MOTION FOR EXTENSION OF TIME**

COMES NOW, the Debtors, GARY LYNN SNOW and BILLYE JO SNOW by and through his attorney, Wm. Blake Montgomery, and for his Motion, states and alleges as follows:

1. The Debtor moves this Court for relief by extending the time for the Debtors to file Disclosure of Compensation of Attorney pursuant to Fed. R. Bankruptcy Procedure 1007(c).

2. The omission was accidental and inadvertent, and debtor has good cause to request an extension to provide the Disclosure of Compensation of Attorney.

WHEREFORE, premises considered, the Debtor asks this Court GRANT the Debtor's Motion and for all other relief this Court deems just and proper.

Dated this 15th day of June 2018.

                                            Respectfully Submitted,

                                            GARY LYNN SNOW

                                            AND

                                            BILLYE JO SNOW

                                            DEBTORS

                      By:    /s/ *Wm. Blake Montgomery*
                              Wm. Blake Montgomery
                              AR Bar No. 2015043
                              Montgomery Law Firm, PLLC

110 S. Main St.
P.O. Box 785
Hope, Arkansas 71802
Ph: (870) 777-6700
Fax: (870) 777-6703
blake@bmontgomerylaw.com
*Attorney for the Debtor*

## **CERTIFICATE OF SERVICE**

  I certify that this document was served in accordance with the Federal Rules of Bankruptcy Procedure on this day, by the manner indicated, upon the following persons:

 Jack W. Gooding
 P.O. Box 8202
 Little Rock, AR 72221
 *Trustee*

 *Via ECF*

 Dated this 15th day of June 2018.

               /s/ *Wm. Blake Montgomery*
               Wm. Blake Montgomery