Form osubpo

# UNITED STATES BANKRUPTCY COURT

Western District of Arkansas

In Re: Gary Lynn Snow and Billye Jo Snow
Debtor

Case No.: 4:18–bk–71466
Chapter: 13
Judge: Richard D. Taylor

## ORDER TO SUBMIT PROPOSED ORDER

This case is before the Court upon a sua sponte review of the case file. On June 15, 2018, William Blake Montgomery filed on behalf of the debtors, a(n) Motion to Extend Time to File Schedules.

Accordingly, the above attorney is hereby ordered to submit a proposed order for consideration by the Court within fourteen (14) days of the date of this Order.

FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DENIAL OF THE RELIEF SOUGHT OR AN ORDER TO SHOW CAUSE HEARING BEING SET TO DETERMINE WHETHER SANCTIONS SHOULD BE IMPOSED. RESPONSIBLE COUNSEL WILL BE REQUIRED TO PERSONALLY APPEAR AT THE SHOW CAUSE HEARING.

IT IS SO ORDERED.

Dated: 7/2/18

UNITED STATES BANKRUPTCY JUDGE