UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

In re: GARY LYNN SNOW and BILLYE JO SNOW          Case No: 4:18-bk-71466 T

OBJECTION TO CONFIRMATION OF PLAN

Comes now Jack W Gooding, Standing Trustee for Chapter 13 cases, for his objection to the plan of the above debtor(s) states:

1. 11 U.S.C. 1325(a)(1) the plan does not comply with the provisions of Chapter 13 and with other applicable provisions of the Bankruptcy Code. The plan and application for compensation are inconsistent.

2. 11 U.S.C. 1322(a)(1). The plan does not commit to the supervision and control of the Trustee funds sufficient for the execution of the plan. The proposed payments under the plan are insufficient to accomplish the purposes designated under the plan.

Wherefore, your petitioner prays for an order denying confirmation of the plan and dismissing this case and for all other just and proper relief to which he may be entitled.

Dated: 7/11/2018                                                 /s/ Jack W Gooding
                                                                 _____
                                                                 CHAPTER 13 TRUSTEE

CERTIFICATE OF SERVICE

I, Jack W Gooding, do hereby certify that a true and correct copy has been mailed this day, 7/11/2018, with sufficient postage to assure delivery to the following:

Gary Lynn Snow And Billye Jo Snow
200 Iva Street
Hope, Ar  71801

Montgomery Law Firm Pllc - Electronically by ECF

                                                                 /s/ Jack W Gooding
                                                                 _____
                                                                 CHAPTER 13 TRUSTEE

JCH