Form nhrg

## UNITED STATES BANKRUPTCY COURT

Western District of Arkansas

---

In Re:     Gary Lynn Snow and Billye Jo Snow
            Debtor

Case No.: 4:18−bk−71466
Chapter: 13
Judge: Richard D. Taylor

PLEASE TAKE NOTICE that a Hearing has been scheduled before Judge Richard D. Taylor at

U.S. Post Office and Courthouse, 3rd Floor, Main Courtroom, 500 State Line Ave., Texarkana, AR 75502

on 9/6/18 at 09:30 AM

to consider and act upon the following:

*19* – Objection to Confirmation of Plan Filed by Trustee (wtrustee)


Dated: 7/12/18

                                       Jean Rolfs, Clerk
                                       By:
                                       Erika Scales
                                       Deputy Clerk