IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE: Gary Lynn Snow and Billye Jo Snow

CASE NO: 4:18-bk-71466 T
Chapter 13

CHAPTER 13 ORDER OF COMPENSATION
FOR PRE-CONFIRMATION SERVICES

Before the Court is the Application for Compensation filed by debtors' counsel, Montgomery Law Firm Pllc, for all services and costs reasonably necessary for obtaining initial confirmation of the plan. The Court finds that the application should be, and hereby is, approved. The sum of $4,025.00, including costs, is approved. Because the debtors' counsel received the sum of $2,000.00 prior to filing of the original petition, the Trustee is hereby directed to pay the sum of $2,025.00 pursuant to 11 U.S.C. §1326.

IT IS SO ORDERED.

Date: 09/06/2018

/s/ Richard D. Taylor
Richard D. Taylor
U.S. Bankruptcy Judge

Approved by:

/s/ Jack W Gooding

Jack W Gooding
Standing Chapter 13 Trustee

Comments:

Pursuant to The Guildelines For Compensation issued October 1, 2007, the Trustee will no longer approve the $50 copying fee.

MK    / 131 - (GO11-26a)