UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

In re: GARY LYNN SNOW and BILLYE JO SNOW         Case No:   4:18-bk-71466 T

OBJECTION TO CONFIRMATION OF PLAN
AS AMENDED PRE-CONFIRMATION ON 8/30/2018

Comes now Jack W Gooding, Standing Trustee for Chapter 13 cases, for his objection to the plan of the above debtor(s) states:

1. 11 U.S.C. 1325(b)(1) payments to be paid to unsecured creditors are inconsistent with disposable income.  The Trustee objects to the debtor's proposed payments under the plan, specifically regarding plan delinquencies.  The debtor was above median income and must pay all disposable income into the plan for the applicable commitment period.  The debtor is delinquent in payments to the Trustee's office in the amount of $808.05.

2. 11 U.S.C. 1325(a)(1) the plan does not comply with the provisions of Chapter 13 and with other applicable provisions of the Bankruptcy Code.  The debtor's plan does not comply with Local Rule 3015-1 in that the debtor failed to use the newly revised form plan that became effective August 2018.  The amended plan fails to state the proposed plan length and the Trustee is not able to determine the feasibility or sufficiency of the amended plan.

3. 11 U.S.C. 1322(a)(1).  The plan does not commit to the supervision and control of the Trustee funds sufficient for the execution of the plan. The proposed payments under the plan are insufficient to accomplish the purposes designated under the plan.

Wherefore, your petitioner prays for an order denying confirmation of the plan and dismissing this case and for all other just and proper relief to which he may be entitled.

Dated:  9/6/2018                                                                        /s/  Jack W Gooding
                                                                                                    _____
                                                                                                    CHAPTER 13 TRUSTEE


CERTIFICATE OF SERVICE

I, Jack W Gooding, do hereby certify that a true and correct copy has been mailed this day, 9/6/2018, with sufficient postage to assure delivery to the following:

Gary Lynn Snow And
    Billye Jo Snow
200 Iva Street
Hope, Ar  71801

JCH

Montgomery Law Firm Pllc - Electronically by ECF

/s/  Jack W Gooding

CHAPTER 13 TRUSTEE