IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| IN RE: | Gary Lynn Snow and Billye Jo Snow | CASE NO.: 4:18-bk-71466 |
| | Debtors | CHAPTER 13 |

**ORDER WITHDRAWING OBJECTION TO CONFIRMATION**

Before the Court is the Objection to Confirmation filed July 24, 2018, (Doc# 22) by Lakeview Loan Servicing, LLC c/o LoanCare ("Movant/Creditor"), and it appearing that Movant/Creditor wishes to withdraw its Objection to Confirmation. The Court, being sufficiently advised and upon consideration and for good cause shown, hereby finds and orders that Movant/Creditor's Objection to Confirmation is withdrawn.

IT IS HEREBY ORDERED.

_____
Honorable Richard D. Taylor
Date: September 10, 2018

APPROVED:

/s/ Robert S. Coleman, Jr.
Robert S. Coleman, Jr. (# 91144)
Marinosci Law Group, P.C.
1405 North Pierce, Suite 306
Little Rock, Arkansas 72207
Phone No. (501) 663-6200
rcoleman@mlg-defaultlaw.com

CC:
Attorney for Debtors
Debtors
Trustee
U.S. Trustee